EARL R. DOOLEY, Respondent, *v.* STATE OF NEW YORK, Appellant.

(Claim No. 24414.)

Argued April 11, 1939; decided May 16, 1939.

*John J. Bennett, Jr.*, Attorney-General (*Frederick M. Garfield, James H. Glavin, Jr.*, and *George Martin Thorpe* of counsel), for appellant.

*Ray T. Hackett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.